No. 46747.—Protests 58858–K/12349, etc., of Standard Oil Co. of Louisiana (New Orleans).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of refinery gases. Following *Standard Oil Co.* v. *United States* (6 Cust. Ct. 237, C. D 471) the merchandise was held dutiable at 7½ percent under paragraph 1555 and T. D. 49753.

BEFORE THE FIRST DIVISION, DECEMBER 29, 1941

No. 46748.—Petition 6226–R of G. R. Kirk Co. (Pembina).

Opinion by First Division. This petition was dismissed by consent without prejudice.

BEFORE THE SECOND DIVISION, DECEMBER 29, 1941

No. 46749.—Protest 994967–G of Wm. J. Hirten Co., Inc. (New York).

Opinion by DALLINGER, J. A sample of the merchandise was admitted in evidence. Several analyses were made. The Government chemist making the last analysis, which showed the merchandise to be gold-plated, was called to testify as to his procedure. From the evidence presented the court found that the brooches in question are gold-plated and the protest was therefore overruled.